# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENT JAMES COURTNEY, | ) | Case No. EDCV 21-0430-JPR |
| | ) | |
| Plaintiff, | ) | **J U D G M E N T** |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Acting Commissioner's request for an order affirming her final decision is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED: September 12, 2022

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE